[No. 1454-1.   Division One.   December 3, 1973.]

CHESTER G. WILSON, *Respondent,* v. WESTINGHOUSE ELECTRIC CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 730838, Carl L. Loy, J., entered January 14, 1972. *Affirmed in part and reversed in part* by unpublished

opinion per Swanson, C.J., concurred in by James and Callow, JJ.